UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Confectionery Arts Int'l.,
    *Plaintiff*,

v.                                       Civil No. 3:16cv2015 (JBA)

CK Products LLC, et al,
    *Defendants.*

## SCHEDULING ORDER

The parties' 26(f) Planning Report is approved as follows:

1.    Any amendments or motions to join shall be completed by 10/30/17.

2.    All discovery will be completed 2/28/18, as follows:

    Plaintiff's expert reports will be served by 3/31/18 and depositions will be completed by 5/15/18.
    Defendants' expert reports will be served by 7/1/18 and depositions will be completed by 8/15/18.

    Any damages analysis will be provided by any part who has a claim or counterclaim for damages by 3/31/18.

3.    After a pre-filing conference, any dispositive motions will be filed by 3/31/18.

    Trial Readiness:
    If dispositive motions are filed, the parties will be expected to be trial ready 10/1/18. The parties' Joint Trial Memorandum will be filed 30 days after ruling on dispositive motions or as otherwise ordered.

    If no dispositive motions are filed, the parties' Joint Trial Memorandum will be due 6/15/18 and the parties will be expected to be trial ready 4/15/18.

4.    A telephonic status conference will be held on 3/12/18 at 4:00 p.m. Defense counsel will initiate the conference call. Chambers: 203-773-2737. The parties' status reports will be filed 3/5/18.

                         IT IS SO ORDERED.
                         /s/_____
                         Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   June 13, 2017