UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Confectionery Arts International, LLC** | ) | CASE NO. 3:16-cv-02015-JBA |
| | ) | |
| **Plaintiff,** | ) | JUDGE Janet Bond Arterton |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **CK Products, LLC and Central Investment, LLC** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT CK PRODUCTS, LLC STATUS REPORT**

Pursuant to this Court's Scheduling Order dated June 13, 2017 (ECF #31), Defendant CK Products, LLC ("CKP") submits this status report.

**I. Background**

This case was filed by plaintiff Confectionery Arts International, LLC ("CAI") on December 9, 2016. CAI is represented by Daniel R. Cooper of Cooper & Kurz and Nike Victoria Agman of the Law Office of Nike V. Agman. The defendant in this action is CKP, which is represented by Mitchell R. Harris of Day Pitney LLP and Philip R. Bautista and Liane H. Rousseau of Taft Stettinius & Hollister LLP.[1]

The operative complaint is the Amended Complaint (ECF #26), filed on June 2, 2017. The Amended Complaint alleges that CKP infringed CAI's registered trademark DISCO DUST. The Amended Complaint also alleges that CKP's product DISCO GLITTER is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of CKP and DISCO GLITTER with CAI and DISCO DUST. The Amended Complaint alleges that CKP's actions have diluted the distinctive quality of the DISCO DUST brand. Finally, the Amended

---

[1] Amelia Workman Farago of Taft will be applying for admission pro hac vice on behalf of CKP.

Complaint alleges that CKP engaged in unfair competition and trade practices under the Connecticut Unfair Trade Practices Act.

The Amended Complaint originally named Central Investment, LLC ("CI") as a defendant, as well. On June 9, 2017, CI and CKP filed a motion to dismiss both defendants for lack of personal jurisdiction or, in the alternative, to transfer venue (ECF #27). On March 1, 2018, the Court granted, in part, and denied in part the motion to dismiss (ECF #44). As a result of this dismissal, CI is no longer a party to this lawsuit. CKP is now the only defendant in the case and its answer due date is March 15, 2018. CKP denies liability as to CAI's claims in the Amended Complaint.

**II. Discovery**

    **a. Initial Disclosures**

CKP filed its corporate disclosure statement on May 8, 2017 (ECF #16). CAI filed its corporate disclosure statement thereafter, on May 9, 2017 (ECF #21).

    **b. Written Discovery and Document Requests**

Mindful of its motion to dismiss and while reserving all rights with respect to that motion, CKP first initiated discovery by serving its Fed. R. Civ. P. 26(a)(1) initial disclosures on January 26, 2018. CKP also served its first set of requests for production and first set of interrogatories on January 26, 2018. CAI later served its Fed. R. Civ. P. 26(a)(1) initial disclosures on January 31, 2018. On this same date, CAI served its first set of requests for production of documents and interrogatories. The parties agreed to mutual, two-week extensions of time to respond to the opposing party's discovery requests.

### c. Issues Arising During Discovery

At this time, the parties do not have any issues regarding discovery, i.e., any discovery disputes. CAI's pending and unopposed motion for extension of time, discussed below, is intended to provide the parties with additional time to conduct fact and expert discovery, including the taking of depositions.

### d. Upcoming Discovery Deadlines

The discovery deadline was February 28, 2018. Prior to the discovery deadline, on February 6, 2018, CAI moved for an extension of the fact discovery deadline to May 31, 2018 (ECF #42), a motion that CKP did not oppose or otherwise comment on, so as not to create a possible waiver argument against its then-pending motion to dismiss. CAI proposed the following new case management schedule:

- Fact Discovery completed by 5/31/18;
- Plaintiff's Expert Reports served by 6/29/18 and Depositions completed by 8/15/18;
- Defendant's Expert Reports served by 9/28/18 and Depositions completed by 11/15/18;
- Damages Analyses provided to Opposing Parties by 6/29/18;
- All Dispositive Motions filed by 6/29/18.

CKP is amenable to CAI's proposed extensions.

## III. Potential Motion Issues

CKP also believes that another, later-filed case before Judge Covello, 3:17-cv-00108-AVC *Confectionery Arts International, LLC v. Sunflower Sugar Art USA, Inc*. should be consolidated with this case. The defendant in 3:17-cv-00108-AVC is Sunflower Sugar Art USA, Inc. ("SSA"). SSA claims ownership of the DISCO DUST mark at issue in this case and filed counterclaims against CAI for this reason. SSA also asserts, in the alternative, that "disco dust"

3

is a generic term for non-toxic glitter product. SSA's assertions in this regard involve the same questions of fact and law as CKP's defenses, i.e., that CAI does not own DISCO DUST. This case and 3:17-cv-00108-AVC have common issues of both law and fact, justifying consolidation, and CKP intends to file a motion to consolidate this case and 3:17-cv-00108-AVC on or before March 19, 2018.

### IV. Interest in Referral for Settlement Purposes

CAI and CKP have engaged in prior settlement discussions. CAI and CKP have drastically different positions as to both liability and the value of any potential damages that CAI may obtain at trial. CKP would be agreeable to a scheduled settlement conference before a Magistrate Judge of this Court.

### V. Magistrate Judge

CKP respectfully declines referral of the trial of this matter to the Magistrate Judge.

### VI. Estimated Length of Trial

At this time, CKP estimates that the trial will be approximately five business days.

*/s/ Liane H. Rousseau*
Mitchell R. Harris (ct09216)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel:  (860) 275-0346
Fax:  (860) 275-0343
mharris@daypitney.com

Philip R. Bautista
(Ohio Bar No. 0073272)
Liane H. Rousseau
(Ohio Bar No. 0093435)
200 Public Square, Ste. 3500
Cleveland, Ohio 44114
Tel:  (216) 241-2838
Fax:  (216) 241-3707
pbautista@taftlaw.com
lrousseau@taftlaw.com

*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of these interrogatories has been served upon the following counsel of record by e-mail on March 5, 2018 with a copy served by United States mail, postage prepaid, to the below address:

Nike Victoria Agman
Law Office of Nike V Agman
360 Bloomfield Ave., Suite 301
Windsor, CT 06095
Ph: (860) 607-3237
Fax: (860) 607-3201

Daniel Cooper
Cooper & Kurz
170 Eden Road
Stamford, CT 06907
Ph: (203) 322-4852
Fax: (203) 329-7881
kurzcooper@att.net

*Counsel for Plaintiff*

>                                   */s/ Liane H. Rousseau*
>                                   Liane H. Rousseau
>
>                                   *One of the Attorneys for Defendant*