UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Confectionery Arts International, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:16-cv-02015 JBA |
| CK Products LLC and Central Investment LLC, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | March 5, 2018 |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the June 13, 2017 Scheduling Order and in anticipation of the March 12, 2018 status conference, Plaintiff Confectionery Arts International, LLC hereby submits its status report.

**I.     Status of the Case**

The Plaintiff filed its Amended Complaint against Defendants CK Products LLC and Central Investment LLC on June 2, 2017.  In response, Defendants filed a Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, Motion to Change Venue on June 9, 2017.  Defendants did not at that time file an Answer to Plaintiff's Amended Complaint.

Per the Court's order, the Parties participated in a Rule 16 Discovery Conference and filed a Rule 26(f) Report on June 9, 2017, in which the Defendants stated that compliance with the Court's order should not be construed as a waiver of its defenses or an appearance in the case.  In the Rule 26(f) Report, the Parties agreed that fact discovery will be commenced within two weeks of the Court's decision on Defendants' Motion to Dismiss and completed by February

28, 2018.  The Court's June 13, 2017 Scheduling Order set the fact discovery deadline to the Parties' agreed-upon date of February 28, 2018.

From the months of September through December 2017, the Parties actively engaged in settlement negotiations, which included the exchange of written settlement offers.

The Parties, awaiting a ruling on Defendants' Motion to Dismiss, did not, however, initiate discovery until after the Court's hearing on Defendants' Motion on January 12, 2018.  On January 26, 2018, Defendants served their Rule 26(a) Initial Disclosures, as well as their First Set of Requests for Production of Documents and Things and First Set of Interrogatories.  On January 31, 2018, the Plaintiff served its Rule 26(a) Initial Disclosures, First Set of Requests for Production of Documents and Things and First Set of Interrogatories.  The Parties mutually agreed to allow an additional two weeks for their respective discovery responses.

On February 6, 2018, Plaintiff, after discussions with Defendants, filed a Motion to Modify the Court's June 13, 2017 Scheduling Order, with the following amended deadlines:

- Fact Discovery completed by 5/31/18
- Plaintiff's Expert Reports served by 6/29/18 and Depositions completed by 8/15/18
- Defendants' Expert Reports served by 9/28/18 and Depositions completed by 11/15/18
- Damages Analyses provided to Opposing Parties by 6/29/18
- All Dispositive Motions filed by 6/29/18.

While Defendants would not join Plaintiff's motion in the event that a joint motion could be construed as a waiver of its defenses or an appearance in the case, Defendants did agree to Plaintiff's proposed modifications to the case schedule.

On March 1, 2018, the Court dismissed Plaintiff's case against Defendant Central Investment, LLC for lack of personal jurisdiction, leaving Defendant CK Products LLC as the

sole Defendant in the case.  CK Products has not yet filed an Answer to Plaintiff's Amended Complaint.

**II.     Interest in Referral to a Magistrate or Special Master for Settlement**

Plaintiff is interested in referral to a United States Magistrate Judge for the purpose of settlement negotiation.

**III.    Consent to Trial Before Magistrate Judge**

Plaintiff does not consent to a trial before a United States Magistrate Judge.

**IV.    Estimated Length of Trial**

Plaintiff believes that the trial will take between three and seven days.

        Respectfully submitted,

        BY: /s/Nike V. Agman

        Nike V. Agman, Bar No. ct28172
        Law Office of Nike V. Agman
        360 Bloomfield Avenue, Suite 301
        Windsor, CT 06095
        Tel: (860) 607-3237
        Fax: (860) 607-3201
        nike.agman@comcast.net

        Daniel R. Cooper, Bar No. ct30240
        Cooper & Kurz
        170 Eden Road
        Stamford, CT 06907
        Tel: (203) 3224852
        Fax: (203) 329-7881
        kurzcooper@att.net

        *Attorneys for Plaintiff Confectionery Arts International LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2018, a copy of the foregoing Plaintiff's Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Nike V. Agman
      _____
      Nike V. Agman, Bar No. ct28172
      Law Office of Nike V. Agman
      360 Bloomfield Avenue, Suite 301
      Windsor, CT 06095
      Tel. (860) 607-3237
      Fax. (860) 607-3201
      nike.agman@comcast.net